Sarah Stasch, WSBA #26987
STASCH LAW LLC
33530 First Way South, Suite 102
Federal Way, WA 98003

Of Counsel to
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (253) 237-0539
Facsimile: (253) 253-0701
Email: sstasch@lemberglaw.com

Attorneys for Plaintiff
Ranae Duncan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ranae Duncan,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Genesis Credit Management, LLC; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01436-JRC<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

The parties hereby further request that this honorable Court provide a period of 60 days within which to complete the settlement and file a dismissal of the action.

By: /s/ Sarah Stasch
Sarah Stasch, Esq.
Lemberg Law, LLC
Attorney for Plaintiff
Ranae Duncan

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On November 30, 2020, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on November 30, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Genesis Credit Management, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 30, 2020.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: __/s/   Sarah Stasch___
Sarah Stasch, Esq.
Lemberg Law, LLC
Attorney for Plaintiff
Ranae Duncan